**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JOHNNY ROBERSON,**                                                                 **PETITIONER**

**v.**                                                                               **No. 2:07CV34-P-A**

**MDOC, ET AL.**                                                              **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** without prejudice for failure to exhaust state court remedies.

**SO ORDERED,** this the 13th day of July, 2007.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE